IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

MELISSA JO WALSH,
 Plaintiff,

vs.             Case No.: 5:19cv60/MCR/EMT

ANDREW SAUL,
Commissioner of Social Security,[1]
 Defendant.
_____/

## **REPORT AND RECOMMENDATION**

  This action was initiated under the Social Security Act to obtain judicial review of Defendant's final decision denying Plaintiff's claim for Disability Insurance Benefits (ECF No. 1). Now before the court is Defendant's "Consent Motion . . . for Entry of Judgment Under Sentence Four of 42 U.S.C. § 405(g) with Reversal and Remand of the Cause to Defendant" (ECF No. 16). Defendant has certified Plaintiff has no objection to the motion (*id.*).

  Sentence four of section 405(g) states that "[t]he court shall have power to enter, upon the pleadings and transcript of the record, a judgment affirming, modifying, or reversing the decision of the Commissioner of Social Security, with

---

[1] Andrew Saul is now the Commissioner of Social Security. Pursuant to Fed. R. Civ. P. 25(d), he therefore is the proper defendant in this suit.

Case No.: 5:19cv60/MCR/EMT

or without remanding the cause for a rehearing." 42 U.S.C. § 405(g). In the instant case, the Commissioner states that remand is necessary and that, upon remand, the Appeals Council will instruct the Administrative Law Judge to schedule a new hearing and consider further whether Plaintiff can perform her past relevant work as actually or generally performed and, if warranted, obtain supplemental vocational expert evidence to determine whether Plaintiff can perform other work in the national economy (ECF No. 16 at 1–2). Based upon the Commissioner's representations, the court concludes good cause has been shown for remand.

Accordingly, it is respectfully **RECOMMENDED**:

1. That Defendant's Consent Motion for Entry of Judgment Under Sentence Four of 42 U.S.C. § 405(g) with Reversal and Remand of the Cause to Defendant (ECF No. 16) be **GRANTED** and the Commissioner's decision denying benefits **REVERSED**.

2. That this case be **REMANDED** to the Commissioner of Social Security pursuant to sentence four of 42 U.S.C. § 405(g).

3. That Defendant be ordered to conduct proceedings in accordance with this Report and Recommendation.

4. That the clerk be directed to enter final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure and close the file.

Case No.: 5:19cv60/MCR/EMT

At Pensacola, Florida, this 8th day of October 2019.

/s/ *Elizabeth M. Timothy*
**ELIZABETH M. TIMOTHY**
**CHIEF UNITED STATES MAGISTRATE JUDGE**

### NOTICE TO THE PARTIES

**Objections to these proposed findings and recommendations must be filed within fourteen (14) days after being served a copy thereof.  Any different deadline that may appear on the electronic docket is for the court's internal use only, and does not control.   A copy of objections shall be served upon all other parties.   If a party fails to object to the magistrate judge's findings or recommendations as to any particular claim or issue contained in a report and recommendation, that party waives the right to challenge on appeal the district court's order based on the unobjected-to factual and legal conclusions.  *See* 11th Cir. Rule 3-1; 28 U.S.C. § 636**.