UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

MELISSA JO WALSH,

    Plaintiff,

v.                                                      CASE NO. 5:19cv60-MCR-EMT

ANDREW SAUL,
Commissioner of Social Security,

    Defendant.
_____/

# **O R D E R**

This cause comes on for consideration upon the chief magistrate judge's Report and Recommendation dated October 8, 2019. ECF No. 17. The parties have been furnished a copy of the Report and Recommendation and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a *de novo* determination of all timely filed objections.

Having considered the Report and Recommendation, and any timely filed objections thereto, I have determined the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1.    The chief magistrate judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2.	Defendant's Consent Motion for Entry of Judgment Under Sentence Four of 42 U.S.C. § 405(g) with Reversal and Remand of the Cause to Defendant, ECF No. 16, is **GRANTED** and the Commissioner's decision denying benefits **REVERSED**.

3.	This case is **REMANDED** to the Commissioner of Social Security pursuant to sentence four of 42 U.S.C. § 405(g).

4.	Defendant is ordered to conduct proceedings in accordance with the Report and Recommendation.

5.	The clerk is directed to enter final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure and close the file.

**DONE AND ORDERED** this 7th day of November 2019.

    s/ *M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**