## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
## PANAMA CITY DIVISION

MELISSA JO WALSH,

    Plaintiff,

v.                                       CASE NO. 5:19cv60-MCR-EMT

ANDREW M. SAUL,
Commissioner of Social Security,

    Defendant.
_____/

## **O R D E R**

This cause comes on for consideration upon the chief magistrate judge's Report and Recommendation dated June 15, 2020. ECF No. 24. Plaintiff has been furnished a copy of the Report and Recommendation and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a *de novo* determination of all timely filed objections.

Having considered the Report and Recommendation, and any timely filed objections thereto, I have determined the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1. The chief magistrate judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2. "Plaintiff's Petition for EAJA Fees Pursuant to 28 U.S.C. 2312(d)", ECF No. 20, is **GRANTED in part,** as follows:

   a. Plaintiff is to recover fees in the amount of $5,465.00 for time expended by her counsel in representing her before the United States District Court for the Northern District of Florida pursuant to 28 U.S.C. § 2412 ("EAJA"). The fee award is subject to an offset to satisfy any qualifying outstanding debt Plaintiff may owe to the United States.

   b. Any fees awarded should be mailed to Plaintiff's counsel, Douglas D. Mohney, P.O. Box 101110, Cape Coral, FL 33910.

**DONE AND ORDERED** this 12th day of November 2020.

*s/ M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**